DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Howlett v. CSB, LLC<br><br>Case below:<br>164 N.C. App. 715 | No. 367P04 | Plts' PDR Under N.C.G.S. § 7A-31 (COA03-746) | Denied 10/06/04 |
| In re Appeal of Appalachian Student Housing Corp.<br><br>Case below:<br>165 N.C. App. 379 | No. 475A04 | 1.  Watauga County's NOA Based Upon a Constitutional Question (COA03-908)<br><br>2.  Appalachian Student Housing Corporation's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed 10/06/04 |
| In re Appeal of Franklin Smith Enters., Inc.<br><br>Case below:<br>165 N.C. App. 705 | No. 453P04 | Franklin Smith Enterprises, Inc.'s PDR Under N.C.G.S. § 7A-31 (COA03-1000) | Denied 10/06/04 |
| In re Caldwell Cty. Election Protest<br><br>Case below:<br>165 N.C. App. 543 | No. 445P04 | Petitioners' (Hutchings and Wall) PDR Under N.C.G.S. § 7A-31 (COA03-1177) | Denied 10/06/04 |
| In re J.L.K.<br><br>Case below:<br>165 N.C. App. 311 | No. 402P04 | Respondent's (G.K.) PDR Under N.C.G.S. § 7A-31 (COA03-421) | Denied 10/06/04 |
| In re M.G.<br><br>Case below:<br>162 N.C. App. 386 | No. 076A04 | Appellee's (Roberta Rhodes, Guardian ad Litem) Motion to Dismiss Appeal on the Ground that the Issues are Moot (COA02-1547) | Allowed **08/31/04** |
| In re M.L.<br><br>Case below:<br>164 N.C. App. 779 | No. 362P04 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA03-441) | Denied 10/06/04 |
| In re R.T.W.<br><br>Case below:<br>165 N.C. App. 274 | No. 417PA04 | Petitioner's (Orange County DSS) PDR Under N.C.G.S. § 7A-31 (COA03-728) | Allowed **08/30/04**<br><br>Consolidated with 79PA04 for Oral Argument |